# PROOF OF SERVICE

### RAMIREZ V. CONTINENTAL INVESTMENT GROUP
### 2:18-CV-08037-FMO-MRW

I, the undersigned, am over the age of eighteen years and am resident of San Diego County, California; I am not a party to the above-entitled action; my business address is 9845 Erma Road, Suite 300, San Diego, CA 92131.

On November 1, 2018 I served the following document(s):

**First Amended Complaint For Damages And Injunctive Relief**

Addressed to:

```
CONTINENTAL INVESTMENT GROUP

GEORGE APPLEBAUM
1067 PARK VIEW DRIVE
COVINA CA 91724
```

☑     <u>BY MAIL:</u> I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at San Diego, California.

☐     <u>BY FACSIMILE:</u> In addition to the service by mail as set forth above, I forwarded a copy of said documents via facsimile to the listed facsimile number.

☐     <u>BY OVERNIGHT EXPRESS:</u> I caused such envelope with postage thereon fully prepaid to be placed in the Designated Overnite Express drop box at San Diego, California.

☐     <u>BY PERSONAL SERVICE:</u> I caused said documents to be personally served on all listed recipients

☐     <u>BY ELECTRONIC MAIL TRANSMISSION:</u> via email. I caused the listed documents to be electronically filed and subsequently emailed to the above recipients.

Executed on November 1, 2018, from San Diego, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

                                                                    _____
                                                                             Kayla Drayton